UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YOLANDA MCGRAW,<br><br>                Plaintiff,<br><br>   v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C16-5876 BHS<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION AND VACATING PREVIOUS ORDER |

      This matter comes before the Court on Defendant GEICO General Insurance Company's ("GEICO") motion for reconsideration (Dkt. 53).

      On February 27, 2017, the Court granted Plaintiff Yolanda McGraw's ("McGraw") motion to remand. Dkt. 49. On March 9, 2017, GEICO filed a motion for reconsideration arguing that the Court committed manifest errors of law in granting McGraw's motion. Dkt. 53. On March 13, 2017, the Court requested a response from McGraw. Dkt. 57. On March 21, 2017, McGraw responded. Dkt. 57. On March 24, 2017, GEICO replied. Dkt. 58.

While the Court's reasoning relied on the reasonable interpretation of McGraw's complaint in light of the Court's experience with this matter, the Court agrees with GEICO that it must also consider other potential interpretations of the complaint when resolving the issue of remand. After further development of the record and additional consideration of McGraw's motion, the Court **GRANTS** GEICO's motion (Dkt. 53) and **VACATES** its previous order (Dkt. 49). An amended order granting McGraw's motion will issue forthwith.

**IT IS SO ORDERED**.

Dated this 18th day of April, 2017.

BENJAMIN H. SETTLE
United States District Judge